# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KERNS,<br>  Plaintiff, | : <br> : <br> : | <br> CIVIL ACTION |
| v. | : <br> : <br> : | NO. 06-5575 |
| DREXEL UNIVERSITY,<br>  Defendant. | : <br> : <br> : | |

## Order

**AND NOW**, this 8th day of July 2009, upon consideration of plaintiff's complaint and defendant's answer, and after trial, in accordance with the aforesaid findings of fact and conclusions of law, **IT IS HEREBY ORDERED** that:

1. Judgment is **ENTERED** in favor of defendant Drexel University and against plaintiff Christopher Kerns.

2. Defendant's motion pursuant to Federal Rule of Civil Procedure 50 is **DISMISSED** as moot.

s/ William H. Yohn Jr., Judge
William H. Yohn, Jr., Judge
